**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

AVERY DENNISON CORPORATION,
       Plaintiff,

v.                                                             Case No. 8:04-mc-77-T-24MSS

FOUR PILLARS ENTERPRISE CO., LTD, ET AL.
       Defendants

___

**ORDER**

**THIS CAUSE** comes on for consideration of Plaintiff's Ex Parte Motion for Writ of Garnishment against Electro Tape Specialties, Inc. ("Electro Tape") (Dkt. 60). Plaintiff moves this Court for a writ of garnishment in aid of execution of a foreign judgment pursuant to Rule 69, Fed. R. Civ. P. Rule 69 provides that proceedings in aid of a judgment are held "in accordance with the practice and procedure of the state in which the district court is held." Fed. R. Civ. P. 69. Section 77.03 of the Florida Statutes permits the issuance of a writ of garnishment by a court upon a timely motion by the judgment creditor. See Fla. Stat. § 77.03.

Plaintiff previously sought, and the Court previously ordered, the issuance of a writ of garnishment against Electro Tape. The writ required Electro Tape to answer the writ and state whether it was indebted to the Judgment Debtor, Four Pillars Enterprise Co., Ltd. ("Four Pillars"). Subsequently, Plaintiff filed with the Court a Substituted Order and Permanent Injunction issued by the Northern District of Ohio, Case 1:04-cv-1414, finding that "the sales of Four Pillars' products by ASA [Technology, Ltd.] or any other intermediary to customers in the United States shall be deemed to be sales directly by Four Pillars and shall be subject to execution by Avery Dennison in

accordance with applicable law." Accordingly, Plaintiff now seeks issuance of a writ of garnishment on Electro Tape, requiring Electro Tape to state whether it is indebted to the Judgment Debtor, "ASA Technology, Ltd., or other sales intermediary of Four Pillars...."

Upon consideration, the Court finds that Plaintiff is entitled to issuance of a writ of garnishment. Accordingly, it is **ORDERED** that:

1. Defendant's Motion for Writ of Garnishment (Dkt. 60) is **GRANTED**.

2. The Clerk of this Court shall issue the writ of garnishment attached hereto commanding Electro Tape Specialties, Inc., as garnishee, to serve an answer on Plaintiff's attorney within twenty (20) days after service.

**DONE** and **ORDERED** in Tampa, Florida this 27th day of April, 2005.

MARY S. SCRIVEN
United States Magistrate Judge

Copies furnished to:

Counsel of Record

-2-