**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AVERY DENNISON CORPORATION,

      Plaintiff,

-vs-                                                  Case No.  8:04-mc-77-T-24MSS

FOUR PILLARS ENTERPRISE CO., LTD.,
et al.

      Defendants.
_____/

## **AMENDED ORDER**

This cause comes before the Court for consideration of Plaintiff's Motion for Final Judgment on the Pleadings Against Garnishee (Doc. No. 65), Electro Tape Specialties, Inc. ("Electro Tape").  This matter was considered by the United States Magistrate Judge, who has filed her report recommending that Plaintiff's Motion for Final Judgment on the Pleadings Against Garnishee be granted.  Counsel of record, including counsel for Electro Tape, previously have been furnished copies of the Report and Recommendation (Doc. No. 67) and have been afforded an opportunity to file objections pursuant to 28 U.S.C. §636(b)(1).  No objections have been filed.

Upon consideration of the Report and Recommendation of the Magistrate Judge and upon this Court's independent examination of the file, it is determined that the Magistrate Judge's Report and Recommendation should be adopted.  Accordingly, it is now **ORDERED AND ADJUDGED:**

    (1)    The Magistrate Judge's Report and Recommendation (Doc. No. 67) is adopted and incorporated by reference in this Order of the Court.

(2) Plaintiff's Motion for Final Judgment on the Pleadings Against Garnishee (Doc. No. 65) is **GRANTED**.

(3) The Clerk of the Court shall forward to Plaintiff/Judgment Creditor Avery Dennison Corporation those funds owed by Electro Tape to "the Judgment debtor, ASA, or other sales intermediary of Four Pillars Enterprises Co., Ltd." and deposited in the registry of the Court, minus $100.00 for payment of reasonable attorney's fees, in the total amount of **$65,377.06**, plus any interest thereon, which shall be disbursed and paid by the Clerk to Avery Dennison Corporation c/o Guy Motzer, Squire, Sanders & Dempsey, LLP, 1900 Phillips Point West 777 South Flagler Drive West Palm Beach, Florida 33401-6198.

(4) The Clerk of the Court shall forward to Electro Tape Specialties, Inc., $100 in full satisfaction of its attorney's fees as authorized pursuant to Fla. Stat. § 77.28 to Electro Tape Specialties, Inc. c/o Mark P. Kelly, Lopez & Kelly, P.A., 4600 W. Cypress Street, Suite 500, Tampa, Florida 33607.

**DONE AND ORDERED** at Tampa, Florida this 4th day of January, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:

The Honorable Mary S. Scriven
All Parties and Counsel of Record