**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

AVERY DENNISON CORPORATION,

      Plaintiff,

-vs-                                     Case No.  8:04-mc-77-T-24MSS

FOUR PILLARS ENTERPRISE CO., LTD.,
et al.

      Defendants.

_____

**ORDER**

This cause comes before the Court on the parties'[1] Joint Stipulation of Dismissal (Doc.

No. 71).  The parties request that the above-captioned proceedings supplementary to execution

be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED**.  The

clerk is directed to close this case and terminate any pending motions.

**DONE AND ORDERED** at Tampa, Florida this 25th day of August 2006.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record

_____

[1]Plaintiff in execution, Avery Dennison Corporation, and Nominal Defendants in
execution, IPG Administrative Services, Inc. and Electro Tape Specialties, Inc., the only parties
appearing in these proceedings.